# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 04-3692

———————

Larry Saulsberry,                          *
                                           *
        Appellant,                 *
                                           *
    v.                                     *  Appeal from the United States
                                           *  District Court for the
Cole Jeter, Warden, FCI - Forest City,     *  Eastern District of Arkansas.
                                           *
        Appellee.                  *          [UNPUBLISHED]

———————

Submitted: September 29, 2005
Filed: September 29, 2005

———————

Before MELLOY, MAGILL, and GRUENDER, Circuit Judges.

———————

PER CURIAM.

Larry Saulsberry appeals the district court's[1] order dismissing his 28 U.S.C. § 2241 petition. Because the district court correctly concluded Saulsberry did not establish that 28 U.S.C. § 2255 was inadequate or ineffective to test the legality of his detention, we affirm. See 8th Cir. R. 47B.

———————

[1]The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Henry L. Jones, Jr., United States Magistrate Judge for the Eastern District of Arkansas.